UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:14-MJ-2402-1

| | | |
|---|---|---|
| **United States Of America** | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| **Jeremy D. Bridges** | ) | |
| | ) | |

    On December 9, 2015, Jeremy D. Bridges appeared before the Honorable Robert T. Numbers, II, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 3), and 21 U.S.C. § 844, Simple Possession of Marijuana, was sentenced to 12 months of probation.

    From evidence presented at the revocation hearing on March 17, 2016, the court finds as a fact that Jeremy D. Bridges, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

    **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 6 months.

    **IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

    **IT IS RECOMMENDED** that the defendant be allowed to serve his sentence at FCI-Butner.

    **IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

    This the 17th day of March, 2016.

*Robert T. Numbers II*
Robert T. Numbers, II
U.S. Magistrate Judge